**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

STELLA MACHADO BAUTISTA,

Plaintiff,

v.

REAL ID, INC,

Defendant.

**Civil Case No.:** 6:24-cv-06207-EAW-MJP

**NOTICE OF SETTLEMENT AS TO DEFENDANT REAL ID, INC.**

**NOTICE IS HEREBY GIVEN** that Plaintiff Stella Machado Bautista ("Plaintiff") and Defendant Real ID, Inc. ("Defendant"), collectively "the Parties," have reached a settlement in principle. The Parties are in the process of finalizing the terms and performance attendant to that resolution. The Parties anticipate coming to agreement on the terms and completing that performance within the next sixty (60) days and submitting to the Court the necessary dismissal papers. In the interim, Plaintiff asks that the Court vacate all deadlines in this matter, as there are no remaining defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

/ /

Dated: July 17, 2024

**CONSUMER ATTORNEYS PLC**

By: */s/ McKenzie Czabaj*

McKenzie Czabaj, AZ Bar No. 036711
Admitted *pro hac vice*
8245 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Email: mczabaj@consumerattorneys.com

Levi Y. Eidelman, NY Bar No. 5742499
300 Cadman Plaza West – 12th Floor
Brooklyn, New York 11201
Phone: (718) 360-0763
Fax: (718) 715-1750
Email: leidelman@consumerattorneys.com

*Attorneys for Plaintiff*
*Stella Machado Bautista*

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**CONSUMER ATTORNEYS**

By: */s/ Gracelyn Stewart*
Gracelyn Stewart